# EXHIBIT D

| | |
|---|---|
| **From:** | Conley, Bryan S. |
| **Sent:** | Thursday, April 2, 2026 8:30 PM |
| **To:** | Ciardullo, Jean-Paul |
| **Cc:** | Conley, Bryan S. |
| **Subject:** | RE: LightForce Letter to Celebrace |
| **Attachments:** | Celebrace Charts.docx |

Hi Jean-Paul,

Thanks for your patience with our response. Attached please find exemplary claim charts for US 12,409,014 and US 18/082,108 – Issue Fee Paid and Awaiting Issue Notification.

While not charted, we'd also like to re-emphasize US 11,899,427 and US 12,287,619. As noted in our March 6 letter, these patents are directed to the additive manufacture of orthodontic components, including orthodontic brackets and orthodontic tubes. These patents generally cover additively-manufacturing processes to manufacture metal orthodontic components, and based on our research, we understand that one or more claims cover Celebrace's 3D printing of its orthodontic components.

To the extent that Celebrace disagrees with any of our assertions, please let us know by April 23.

Thanks,

Bryan


**From:** Conley, Bryan S.
**Sent:** Monday, March 23, 2026 9:07 AM
**To:** 'Ciardullo, Jean-Paul' <JCiardullo@foley.com>
**Subject:** RE: LightForce Letter to Celebrace

Hi Jean-Paul,

Thanks for your email. I will follow-up this week with additional information.

Thanks,

Bryan

**From:** Ciardullo, Jean-Paul <JCiardullo@foley.com>
**Sent:** Friday, March 20, 2026 9:57 AM
**To:** Conley, Bryan S. <Bryan.Conley@WolfGreenfield.com>
**Subject:** LightForce Letter to Celebrace


Good morning Mr. Conley,

Celebrace has engaged my law firm to assess and respond to the March 6 letter received from LightForce. I am traveling next week, but can we arrange a phone call the following week to begin a productive dialogue? In the meantime, do you have any claim charts or similar analysis that you can send my team for our review, as well as any other materials you think would inform our discussion about LightForce's proposal? We can agree to receive such materials on a confidential basis.

Thank you,

**Jean-Paul Ciardullo**
*Partner*

**Foley & Lardner LLP**
555 S Flower St, Suite 3300, Los Angeles, CA 90071-2411
Phone 213.972.4544 | Cell 914.391.9955
View My Bio | Visit Foley.com | Follow us on LinkedIn | jciardullo@foley.com



FOLEY & LARDNER LLP

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

**FRE 408 Communication**

Representative Claim Charts

| US 12,409,014 | |
|---|---|
| **Claim 1** | **Celebrace Features** |
| 1. A system for designing a customized labial/lingual orthodontic bracket, the system comprising:<br><br>at least one processor; and<br><br>at least one non-transitory computer-readable storage medium storing instructions that, when executed by the at least one processor, cause the at least one processor to perform: | **The World's *First & Only* 100% Digital & AI-Driven Fully-Custom Metal Braces System**<br><br>https://celebrace.com/<br><br>**3D-Printed Metal Brackets**<br>Each metal bracket is 100% custom-fit to each individual tooth, granting more surface area contact and fewer breakages.<br><br>**Digital Bonding Trays**<br>These pre-designed, 3D-printed trays are used to place brackets in precise positions, which may help reduce manual errors and simplify the bonding process.<br><br>**Virtual Treatment Planning**<br>Our digital system provides a clear, visual outline of each patient's projected tooth movement from the start, giving orthodontists and patients alike greater insight into their treatment journey.<br><br>https://celebrace.com/ |

1

#15083062v3

**FRE 408 Communication**

| | |
|---|---|
| accessing a 3D model of a patient's teeth; | <br><br>https://celebrace.com/for-doctors/<br><br>"Intelligent Orthodontics with Celebrace," Feb. 24, 2026 Webinar. |

2

#15083062v3

**FRE 408 Communication**



"Intelligent Orthodontics with Celebrace," Feb. 24, 2026 Webinar.

#15083062v3

**FRE 408 Communication**

| | |
|---|---|
| accessing a 3D model of a labial/lingual bracket structure indicating a design of the customized labial/lingual orthodontic bracket, wherein the customized labial/lingual orthodontic bracket comprises a base, a body, and a slot; | <br><br>"Intelligent Orthodontics with Celebrace," Feb. 24, 2026 Webinar.<br><br><br><br>"Intelligent Orthodontics with Celebrace," Feb. 24, 2026 Webinar. |

4

#15083062v3

**FRE 408 Communication**

| | |
|---|---|
| positioning the 3D model of the labial/lingual bracket structure on a surface of a tooth at a first position in the 3D model of the patient's teeth, wherein the customized labial/lingual orthodontic bracket is customized for the first position; | <br><br>Virtual treatment plans ready in less than 24 hours<br><br>"Intelligent Orthodontics with Celebrace," Feb. 24, 2026 Webinar.<br><br>"Think of it this way. Bracket prescription is reverse engineered based on the tooth alignment that us orthodontists approve for that patient. So in other words, the final tooth orientation that we set up in the digital treatment planning software, that defines the bracket prescription." – 14:22 – 14:43 Feb. 24, 2026 Webinar. |

5

#15083062v3

**FRE 408 Communication**

| | |
|---|---|
| receiving an input indicating a change in the first position of the 3D model of the labial/lingual bracket structure on the surface of the tooth at a second position that is different from the first position in the 3D model of the patient's teeth; and | <br><br>"I have an aesthetically conscious patient that was okay with the metal braces. And then I told him, 'What I want to do - what I can do is I can bury them, I can move them up so you are able to hide your braces if you want to.' And that's exactly what we did." 27:43 – 28:03 Feb. 24, 2026 Webinar.<br><br>"Virtual plans are done quickly because they use AI…there are some eyes on it as well…. Within about a day you are going to see a treatment plan come back pretty quickly.  The tools to move the teeth if you want to adjust it are really great and super intuitive and easy to use.  …you hit the animation and watch the teeth straighten out…" 26:13 - 26:43 March 31, 2026 Webinar. |

6

#15083062v3

**FRE 408 Communication**



31:29 January 27, 2026 Webinar.

7

#15083062v3

**FRE 408 Communication**



"And here is where the communication between you and between the team Celebrace happens." 35:29 – 35:35 January 27, 2026.

**FRE 408 Communication**

| | |
|---|---|
| | <br><br>"This is how you submit your prescription." Starting 37:57 of January 27, 2026 Webinar. |
| In response to receiving the input indicating the change in the first position of the 3D model of the labial/lingual bracket structure on the surface of the tooth at the second position, modifying the 3D model of the labial/lingual bracket structure based on the change in the first position of the 3D model of the labial/lingual bracket structure on the surface of the tooth at the second position, wherein the customized labial/lingual orthodontic bracket is customized for the second position. | "But the AI in the system that is implemented allows us to play with the entirety of the brackets as we like to." 28:52 – 29:02 Feb. 24, 2026 Webinar. |

9

#15083062v3

**FRE 408 Communication**



31:29 January 27, 2026 Webinar.

10

#15083062v3

**FRE 408 Communication**

| US 18/082,108 – Issue Fee Paid and Awaiting Issue Notification | |
|---|---|
| **Claim 1** | **Celebrace Features** |
| 1. A computer-implemented method for determining target positions of a patient's teeth for an orthodontic procedure, the method comprising:<br><br>using at least one processor: | **The World's *First & Only* 100% Digital & AI-Driven Fully-Custom Metal Braces System**<br><br>https://celebrace.com/<br><br>**3D-Printed Metal Brackets**<br>Each metal bracket is 100% custom-fit to each individual tooth, granting more surface area contact and fewer breakages.<br><br>**Digital Bonding Trays**<br>These pre-designed, 3D-printed trays are used to place brackets in precise positions, which may help reduce manual errors and simplify the bonding process.<br><br>**Virtual Treatment Planning**<br>Our digital system provides a clear, visual outline of each patient's projected tooth movement from the start, giving orthodontists and patients alike greater insight into their treatment journey.<br><br>https://celebrace.com/ |

11

#15083062v3

**FRE 408 Communication**



https://celebrace.com/for-doctors/

"Intelligent Orthodontics with Celebrace," Feb. 24, 2026 Webinar.

12

#15083062v3

**FRE 408 Communication**



Virtual treatment plans
ready in less than 24 hours

"Intelligent Orthodontics with Celebrace," Feb. 24, 2026 Webinar.

13

**FRE 408 Communication**

| | |
|---|---|
| determining a first arch shape for initial positions of the plurality of teeth based on a plurality of feature points that each identifies a location with respect to one of the plurality of teeth; | <br><br>"Intelligent Orthodontics with Celebrace," Feb. 24, 2026 Webinar.<br><br>March 31, 2026 Webinar. |

14

#15083062v3

**FRE 408 Communication**



"Intelligent Orthodontics with Celebrace," Feb. 24, 2026 Webinar.

"The software is able to identify baby teeth and impacted teeth and will color code it for you. The software has all the normal tools that you've seen other digital treatment planning software. You can superimpose, you can get the heat map of the bite, you can get your Bolton analysis, but the part that I like the most is that you can see the tip and torque of every single one of the teeth." 38:34 – 38:57 Feb. 24, 2026 Webinar.

"Think of it this way. Bracket prescription is reverse engineered based on the tooth alignment that us orthodontists approve for that patient. So in other words, the final tooth orientation that we set up in the digital treatment planning software, that defines the bracket prescription." – 14:22 – 14:43 Feb. 24, 2026 Webinar.

"So with AI it finds the right position on the tooth surface that minimizes contact between the opposing arch. Sometimes it's impossible, at which the software has the ability to tell us – like when you get the treatment plan back it's written in the notes that you have collision, you might need bite blocks to place in certain spots." 23:57 - 24:23 Feb. 24, 2026 Webinar.

15

**FRE 408 Communication**

| | |
|---|---|
| | "Virtual plans are done quickly because they use AI…there are some eyes on it as well.. Within about a day you are going to see a treatment plan come back pretty quickly.  The tools to move the teeth if you want to adjust it are really great and super intuitive and easy to use.  …you hit the animation and watch the teeth straighten out…" 26:13 - 26:43 March 31, 2026 Webinar.<br><br>"This is an example on the display. It's an open bite. All these brackets if you give the wire enough time, at some point, when managing your anchorage properly, it should be able to give you the left alignment. So they go by the smile arc, the angulation of the roots, making sure the marginal ridges are level, all this stuff. They apply the six keys of occlusion." 26:42 – 27:15 Feb. 24, 2026 Webinar.<br><br><br><br>Before and after photos in the software. Feb. 24, 2026 Webinar. |

16

#15083062v3

**FRE 408 Communication**

| | |
|---|---|
| determining a plurality of control points for characterizing the first arch shape; | <br><br>"This is how you submit your prescription." Starting 37:57 of January 27, 2026 Webinar. |

17

#15083062v3

**FRE 408 Communication**



"Intelligent Orthodontics with Celebrace," Feb. 24, 2026 Webinar.

"The software is able to identify baby teeth and impacted teeth and will color code it for you. The software has all the normal tools that you've seen other digital treatment planning software. You can superimpose, you can get the heat map of the bite, you can get your Bolton analysis, but the part that I like the most is that you can see the tip and torque of every single one of the teeth." 38:34 – 38:57 Feb. 24, 2026 Webinar.

"But the AI in the system that is implemented allows us to play with the entirety of the brackets as we like to." 28:52 – 29:02 Feb. 24, 2026 Webinar.

"One of the customizations that we can do, we can modify the entire bracket set, with the whole arch, based on our preference without worrying about the tip, torque, or the prescription of every single one of the teeth." 27:27 – 27:41 Feb. 24, 2026 Webinar.

18

#15083062v3

**FRE 408 Communication**



"And here is where the communication between you and between the team Celebrace happens." 35:29 – 35:35 January 27, 2026.

19

#15083062v3

**FRE 408 Communication**

| | |
|---|---|
| receiving user input indicative of a change in position of one or more of the plurality of control points, thereby defining a modified plurality of control points;<br><br>determining a second arch shape that is a shape of an archwire, and is based on the modified plurality of control points; and | <br>"Intelligent Orthodontics with Celebrace," Feb. 24, 2026 Webinar. |

20

#15083062v3

**FRE 408 Communication**



31:29 January 27, 2026 Webinar.

"But the AI in the system that is implemented allows us to play with the entirety of the brackets as we like to." 28:52 – 29:02 Feb. 24, 2026 Webinar.

"One of the customizations that we can do, we can modify the entire bracket set, with the whole arch, based on our preference without worrying about the tip, torque, or the prescription of every single one of the teeth." 27:27 – 27:41Feb. 24, 2026 Webinar.

21

#15083062v3

**FRE 408 Communication**



31:29 January 27, 2026 Webinar.

22

#15083062v3

**FRE 408 Communication**

| | |
|---|---|
| determining positions of a plurality of 3D models of the patient's teeth based on the second arch shape. | <br><br>"And here is where the communication between you and between the team Celebrace happens." 35:29 – 35:35 January 27, 2026.<br><br><br><br>Before and after photos in the software. Feb. 24, 2026 Webinar. |

23

**FRE 408 Communication**



"Here you can see a time lapse of how the teeth move." 35:10 – 35:17 January 27, 2026 Webinar.



24

#15083062v3

**FRE 408 Communication**

| | |
|---|---|
| | "You can superimpose initial and final." 35:25 – 35:27 January 27, 2026 Webinar. |

25

#15083062v3