# EXHIBIT E

**EXEMPLARY CLAIM CHART OF INFRINGEMENT OF U.S. PATENT NO. 12,409,014**

| US 12,409,014 | Accused Products |
|---|---|
| 1. A system for designing a customized labial/lingual orthodontic bracket, the system comprising:<br><br>at least one processor; and<br><br>at least one non-transitory computer-readable storage medium storing instructions that, when executed by the at least one processor, cause the at least one processor to perform: | **The World's *First & Only* 100% Digital & AI-Driven Fully-Custom Metal Braces System**<br><br>https://celebrace.com/<br><br>**3D-Printed Metal Brackets**<br>Each metal bracket is 100% custom-fit to each individual tooth, granting more surface area contact and fewer breakages.<br><br>**Digital Bonding Trays**<br>These pre-designed, 3D-printed trays are used to place brackets in precise positions, which may help reduce manual errors and simplify the bonding process.<br><br>**Virtual Treatment Planning**<br>Our digital system provides a clear, visual outline of each patient's projected tooth movement from the start, giving orthodontists and patients alike greater insight into their treatment journey.<br><br>https://celebrace.com/ |

1

| | |
|---|---|
| accessing a 3D model of a patient's teeth; |

https://celebrace.com/for-doctors/

"Intelligent Orthodontics with Celebrace," Feb. 24, 2026 Webinar. |



"Intelligent Orthodontics with Celebrace," Feb. 24, 2026 Webinar.

| | |
|---|---|
| accessing a 3D model of a labial/lingual bracket structure indicating a design of the customized labial/lingual orthodontic bracket, wherein the customized labial/lingual orthodontic bracket comprises a base, a body, and a slot; | <br><br>"Intelligent Orthodontics with Celebrace," Feb. 24, 2026 Webinar.<br><br><br><br>"Intelligent Orthodontics with Celebrace," Feb. 24, 2026 Webinar. |

4



27:43 – 28:03 Feb. 24, 2026 Webinar.

| | |
|---|---|
| positioning the 3D model of the labial/lingual bracket structure on a surface of a tooth at a first position in the 3D model of the patient's teeth, wherein the customized labial/lingual orthodontic bracket is customized for the first position; | <br><br>"Intelligent Orthodontics with Celebrace," Feb. 24, 2026 Webinar.<br><br>"Think of it this way. Bracket prescription is reverse engineered based on the tooth alignment that us orthodontists approve for that patient. So in other words, the final tooth orientation that we set up in the digital treatment planning software, that defines the bracket prescription." – 14:22 – 14:43 Feb. 24, 2026 Webinar. |

6

| | |
|---|---|
| receiving an input indicating a change in the first position of the 3D model of the labial/lingual bracket structure on the surface of the tooth at a second position that is different from the first position in the 3D model of the patient's teeth; and | <br><br>"I have an aesthetically conscious patient that was okay with the metal braces. And then I told him, 'What I want to do - what I can do is I can bury them, I can move them up so you are able to hide your braces if you want to.' And that's exactly what we did." 27:43 – 28:03 Feb. 24, 2026 Webinar.<br><br>"Virtual plans are done quickly because they use AI…there are some eyes on it as well…. Within about a day you are going to see a treatment plan come back pretty quickly.  The tools to move the teeth if you want to adjust it are really great and super intuitive and easy to use.  …you hit the animation and watch the teeth straighten out…" 26:13 - 26:43 March 31, 2026 Webinar. |

7



31:29 January 27, 2026 Webinar.

8



"And here is where the communication between you and between the team Celebrace happens." 35:29 – 35:35 January 27, 2026.

9



"This is how you submit your prescription." Starting 37:57 of January 27, 2026 Webinar.

10

| | |
|---|---|
| in response to receiving the input indicating the change in the first position of the 3D model of the labial/lingual bracket structure on the surface of the tooth at the second position, modifying the 3D model of the labial/lingual bracket structure based on the change in the first position of the 3D model of the labial/lingual bracket structure on the surface of the tooth at the second position, wherein the customized labial/lingual orthodontic bracket is customized for the second position. | <br><br>"I have an aesthetically conscious patient that was okay with the metal braces. And then I told him, 'What I want to do - what I can do is I can bury them, I can move them up so you are able to hide your braces if you want to.' And that's exactly what we did." 27:43 – 28:03 Feb. 24, 2026 Webinar.<br><br>"Virtual plans are done quickly because they use AI…there are some eyes on it as well…. Within about a day you are going to see a treatment plan come back pretty quickly.  The tools to move the teeth if you want to adjust it are really great and super intuitive and easy to use.  …you hit the animation and watch the teeth straighten out…" 26:13 - 26:43 March 31, 2026 Webinar. |

11



31:29 January 27, 2026 Webinar.

12



"And here is where the communication between you and between the team Celebrace happens." 35:29 – 35:35 January 27, 2026.



"This is how you submit your prescription." Starting 37:57 of January 27, 2026 Webinar.

"But the AI in the system that is implemented allows us to play with the entirety of the brackets as we like to." 28:52 – 29:02 Feb. 24, 2026 Webinar.

14