# EXHIBIT F

**EXEMPLARY CLAIM CHART OF INFRINGEMENT OF U.S. PATENT NO. 12,611,287**

| US 12,611,287 | Accused Products |
|---|---|
| 1. A computer-implemented method for determining target positions of a patient's teeth for an orthodontic procedure, the method comprising:<br><br>using at least one processor: | **The World's *First & Only* 100% Digital & AI-Driven Fully-Custom Metal Braces System**<br><br>https://celebrace.com/<br><br>**3D-Printed Metal Brackets**<br>Each metal bracket is 100% custom-fit to each individual tooth, granting more surface area contact and fewer breakages.<br><br>**Digital Bonding Trays**<br>These pre-designed, 3D-printed trays are used to place brackets in precise positions, which may help reduce manual errors and simplify the bonding process.<br><br>**Virtual Treatment Planning**<br>Our digital system provides a clear, visual outline of each patient's projected tooth movement from the start, giving orthodontists and patients alike greater insight into their treatment journey.<br><br>https://celebrace.com/ |

1



https://celebrace.com/for-doctors/

"Intelligent Orthodontics with Celebrace," Feb. 24, 2026 Webinar.

2



"Intelligent Orthodontics with Celebrace," Feb. 24, 2026 Webinar.

| | |
|---|---|
| determining a first arch shape for initial positions of a plurality of teeth based on a plurality of feature points that each identifies a location with respect to one of the plurality of teeth; | <br><br>"Intelligent Orthodontics with Celebrace," Feb. 24, 2026 Webinar. |



March 31, 2026 Webinar.

"Intelligent Orthodontics with Celebrace," Feb. 24, 2026 Webinar.

|  | "The software is able to identify baby teeth and impacted teeth and will color code it for you. The software has all the normal tools that you've seen other digital treatment planning software. You can superimpose, you can get the heat map of the bite, you can get your Bolton analysis, but the part that I like the most is that you can see the tip and torque of every single one of the teeth." 38:34 – 38:57 Feb. 24, 2026 Webinar.<br><br>"Think of it this way. Bracket prescription is reverse engineered based on the tooth alignment that us orthodontists approve for that patient. So in other words, the final tooth orientation that we set up in the digital treatment planning software, that defines the bracket prescription." – 14:22 – 14:43 Feb. 24, 2026 Webinar.<br><br>"So with AI it finds the right position on the tooth surface that minimizes contact between the opposing arch. Sometimes it's impossible, at which the software has the ability to tell us – like when you get the treatment plan back it's written in the notes that you have collision, you might need bite blocks to place in certain spots." 23:57 - 24:23 Feb. 24, 2026 Webinar.<br><br>"Virtual plans are done quickly because they use AI…there are some eyes on it as well.. Within about a day you are going to see a treatment plan come back pretty quickly.  The tools to move the teeth if you want to adjust it are really great and super intuitive and easy to use.  …you hit the animation and watch the teeth straighten out…" 26:13 - 26:43 March 31, 2026 Webinar. |
|---|---|

"This is an example on the display. It's an open bite. All these brackets if you give the wire enough time, at some point, when managing your anchorage properly, it should be able to give you the left alignment. So they go by the smile arc, the angulation of the roots, making sure the marginal ridges are level, all this stuff. They apply the six keys of occlusion." 26:42 – 27:15 Feb. 24, 2026 Webinar.



Before and after photos in the software. Feb. 24, 2026 Webinar.

7

| | |
|---|---|
| determining a plurality of control points for characterizing the first arch shape; | <br><br>"This is how you submit your prescription." Starting 37:57 of January 27, 2026 Webinar. |

8



"Intelligent Orthodontics with Celebrace," Feb. 24, 2026 Webinar.

"The software is able to identify baby teeth and impacted teeth and will color code it for you. The software has all the normal tools that you've seen other digital treatment planning software. You can superimpose, you can get the heat map of the bite, you can get your Bolton analysis, but the part that I like the most is that you can see the tip and torque of every single one of the teeth." 38:34 – 38:57 Feb. 24, 2026 Webinar.

"But the AI in the system that is implemented allows us to play with the entirety of the brackets as we like to." 28:52 – 29:02 Feb. 24, 2026 Webinar.

9

"One of the customizations that we can do, we can modify the entire bracket set, with the whole arch, based on our preference without worrying about the tip, torque, or the prescription of every single one of the teeth." 27:27 – 27:41 Feb. 24, 2026 Webinar.



"And here is where the communication between you and between the team Celebrace happens." 35:29 – 35:35 January 27, 2026.

10

| | |
|---|---|
| receiving user input indicative of a change in position of one or more of the plurality of control points, thereby defining a modified plurality of control points;<br><br>determining a second arch shape that is a shape of an archwire, and is based on the modified plurality of control points; and | <br><br>"Intelligent Orthodontics with Celebrace," Feb. 24, 2026 Webinar. |

11



31:29 January 27, 2026 Webinar.

"But the AI in the system that is implemented allows us to play with the entirety of the brackets as we like to." 28:52 – 29:02 Feb. 24, 2026 Webinar.

"One of the customizations that we can do, we can modify the entire bracket set, with the whole arch, based on our preference without worrying about the tip, torque, or the prescription of every single one of the teeth." 27:27 – 27:41Feb. 24, 2026 Webinar.

12



31:29 January 27, 2026 Webinar.

13

| | |
|---|---|
| determining positions of a plurality of 3D models of the patient's teeth based on the second arch shape. | <br><br>"And here is where the communication between you and between the team Celebrace happens." 35:29 – 35:35 January 27, 2026.<br><br><br><br>Before and after photos in the software. Feb. 24, 2026 Webinar. |



"Here you can see a time lapse of how the teeth move." 35:10 – 35:17 January 27, 2026 Webinar.

15



"You can superimpose initial and final." 35:25 – 35:27 January 27, 2026 Webinar.

"But the AI in the system that is implemented allows us to play with the entirety of the brackets as we like to." 28:52 – 29:02 Feb. 24, 2026 Webinar.

"One of the customizations that we can do, we can modify the entire bracket set, with the whole arch, based on our preference without worrying about the tip, torque, or the prescription of every single one of the teeth." 27:27 – 27:41Feb. 24, 2026 Webinar.