IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIGHTFORCE ORTHODONTICS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-512-GBW |
| | ) | |
| CELEBRACE INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for Plaintiff to file an answering brief in opposition to Defendant's Partial Motion to Dismiss Counts I and II of the Complaint (D.I. 17), and the deadline for filing an amended complaint pursuant to Fed. R. Civ. P 15(a)(1), is extended to and including November 12, 2026. The parties further stipulate that the time for Defendant to file a reply brief in support of its motion to dismiss, is extended through and including December 10, 2026, or a responsive pleading pursuant to Rule 15(a)(3), is extended through and including December 17, 2026.

*/s/ Karen E. Keller*
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiff LightForce Orthodontics Inc.*

*/s/ David A. Bilson*
John C. Phillips, Jr. (No. 110)
David A. Bilson (No. 4986)
PHILLIPS, MCLAUGHLIN & HALL, P.A
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com
*Attorneys for Defendant Celebrace Inc.*

Dated: September 29, 2026

SO ORDERED this ___________ day of _____________ 2026,

________________________________
United States District Court Judge